# United States Bankruptcy Court
## District of Nevada

Case No. <u>11–11397–mkn</u>
Chapter 7

In re: (Name of Debtor)

| | |
|---|---|
| JUAN CARLOS MERHEB–CARRERAS<br>265 VIA FRANCIOSA DRIVE<br>HENDERSON, NV 89011 | HOLLY MARIE ERKER–MERHEB<br>265 VIA FRANCIOSA DRIVE<br>HENDERSON, NV 89011 |

Social Security No.:
xxx–xx–1679                                                                xxx–xx–9691


## FINAL DECREE


The estate of the debtor(s) noted below has been fully administered:

☐    JUAN CARLOS MERHEB–CARRERAS

☐    HOLLY MARIE ERKER–MERHEB


IT IS ORDERED THAT WILLIAM A LEONARD is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.


Dated: 5/9/11                                                              BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court